UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

S.P. RICHARDS COMPANY,

    Plaintiff,

v.                                       CASE NO: 8:11-cv-1204-T-26TGW

HYDE PARK PAPER COMPANY, INC., and
PAUL ALAN HOFFMAN,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, together with Defendant's just filed submissions, it is ordered and adjudged as follows:

1) Defendant's Application for Entry of Default Judgment (Dkt. 13) is granted.

2) The Clerk is directed to enter judgment for Plaintiff and against Defendants in the total sum of $174,508.28, representing $170,552.88 as principal, $3,476.65 as interest from March 31, 2011, through August 3, 2011, at the rate of $28.04 per diem, and $478.75 as costs.

3) The Clerk is directed to close this case but with the Court reserving jurisdiction to consider Plaintiff's request for attorney's fees.

**DONE AND ORDERED** at Tampa, Florida, on August 3, 2011.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record