UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

S.P. RICHARDS COMPANY,

    Plaintiff,

v.                                        Case No: 8:11-cv-1204-T-26TGW

HYDE PARK PAPER COMPANY, INC., and
ALAN HOFFMAN,

    Defendants,

and

FREEDMAN OFFICE SUPPLY, INC.,

    Supplemental Defendant.
_____/

## O R D E R

**UPON DUE CONSIDERATION** of the court file, the undersigned hereby disqualifies himself from presiding over this case pursuant to 28 U.S.C. § 455(a). The undersigned has had a long-standing policy of not presiding over cases in which the law firm representing the Supplemental Defendant is attorney of record. The clerk is directed to reassign this case to another district judge of the Tampa Division pursuant to the clerk's blind rotation system for assignment of civil cases.

**DONE and ORDERED** at Tampa, Florida, on August 29, 2014.

                                                  *s/Richard A. Lazzara*

                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record